# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSA

FILED
EASTERN DISTRICT ARKANSAS
SEP 20 2013
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| FRANKIE WEBB | |

Case No. 4:98cr00091-49 JMM

USM No. 21477-009

Molly Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) General, Standard & Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General 2 | Failure to refrain from possession of a controlled substance | 08/27/2013 |
| Standard 2 | Failure to submit Monthly reports | 08/01/2013 |
| Standard 5 | Failure to work at a lawful occupation | 04/24/2013 |
| Special 1 | Failure to complete residential reentry center | 04/25/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8893

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:
Little Rock, Arkansas

09/19/2013
Date of Imposition of Judgment

_(signature)_
Signature of Judge

JAMES M. MOODY          U.S. District Judge
Name and Title of Judge

09/20/2013
Date

DEFENDANT: FRANKIE WEBB
CASE NUMBER: 4:98cr00091-49 JMM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| Special 3 | Failure to submit urine specimens | 07/01/2013 |
| Special 5 | Failure to perform community service | 09/18/2013 |

DEFENDANT: FRANKIE WEBB
CASE NUMBER: 4:98cr00091-49 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**FOURTEEN (14) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall obtain his GED.
The defendant shall serve his term of imprisonment in Forrest City, Arkansas

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL