IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.          CASE NO. 4:98cr00091-49 JMM

FRANKIE WEBB

## AMENDED JUDGMENT & COMMITMENT

The Judgment entered in this case on September 20, 2013 (DE #1897) is amended to include that the defendant shall surrender to the United States Marshal for this district on October 21, 2013, as stated on record.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 1st day of October, 2013.

                               _____
                               UNITED STATES DISTRICT JUDGE