# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                NO. 4:98CR00091-016  SWW

DERRICK SHERROD GALVIN                                    DEFENDANT


### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #1907] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's petition to revoke the supervised release previously granted this defendant be **granted** and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS** imprisonment in the custody of the Bureau of Prisons to be served consecutively to the sentence imposed November 7, 2014 in case number 4:12CR00184 SWW. The Court recommends that defendant be incarcerated at Texarkana, Texas so that he can continue his education in drafting as he has already received a welding certificate from Texas A&M and so that he can be close to his family; and that defendant participate in residential substance abuse treatment (RDAP program) or non-residential substance abuse treatment, mental health counseling and educational/vocational programs during incarceration.

There will be **THREE (3) YEARS** of supervised release following the term of

incarceration to be served concurrently with the supervised release imposed in case number 4:12CR00184 SWW. Defendant shall follow the following conditions of supervised release in addition to all mandatory conditions of supervised release.

1. Defendant shall contact the U. S. Probation office in the district to which defendant was released within 72 hours of release from the custody of the Bureau of Prisons and comply with all mandatory and standard conditions that apply.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is eligible to self-report to the designated facility to begin the service of the sentence imposed by 2:00 p.m. on January 6, 2014.

IT IS SO ORDERED this 12th day of November 2013.

/s/Susan Webber Wright

United States District Judge